

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VANCE, JR., | ) NO. EDCV 07-394-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| EVANS (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Granting Motion For Dismissal Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: 8/9/08 .

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE